ELIAS MITCHELL, as Administrator of the Estate of LOCY MITCHELL, Deceased, Respondent, *v.* HERMAN DOETSCH, Appellant.

*Mitchell* v. *Doetsch,* 81 App. Div. 646, affirmed.
(Submitted February 10, 1904; decided March 1, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

April 15, 1903, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict.

*James I. Curtis* and *T. F. Bush* for appellant.

*John F. Anderson* and *Frank S. Anderson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.